UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW ORSO as Successor
Trustee to Kenneth D. Bell in his
Capacity as Court-appointed
Receiver for Rex Venture Group, LLC,

    Plaintiff,

v.                                  Case No.: 8:21-mc-45-JSM-AAS

EDWARD QUINONES,

    Defendant,
_____/

## ORDER

Matthew Orso moves the court, under Rule 69 of the Federal Rules of Civil Procedure and Florida Statutes § 77.01 et seq., to issue a writ of garnishment against JP Morgan Chase Bank for a judgment owed by the defendant. (Doc. 2).

Rule 69 provides that a money judgment is enforced by a writ of garnishment. Fed. R. Civ. P. 69(a)(1). "The procedure on execution . . . must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies." *Id.* Florida law provides a right to a writ of garnishment to judgment creditors to help satisfy a money judgment. Fla. Stat. § 77.01. To obtain a writ of garnishment, the judgment creditor must

1

file a motion stating the amount of the judgment. Fla. Stat. § 77.03. The writ must direct the garnishee to answer the writ within twenty days and state the amount named in the judgment creditor's motion. Fla. Stat. § 77.04.

On August 14, 2017, the United States District Court for the Western District of North Carolina entered judgment against the defendant, in the amount of $ 20,157.06, plus accruing post-judgment interest. (Doc. 1, Ex. 1). On April 19, 2021, Mr. Orso registered the judgment in this court. (Doc. 1). According to Mr. Orso's motion, this amount remains unpaid.

Thus, the following is **ORDERED**:

(1) Mr. Orso's Motion for Writs of Garnishment (Doc. 2) is **GRANTED**.

(2) The Clerk of Court shall issue a writ of garnishment to the named garnishee using the form attached to Mr. Orso's motion and the addresses for the garnishee contained in the form (Doc. 2, Ex. 1). Mr. Orso must include with the writ copies of:

a. Mr. Orso's Motion for Writ of Garnishment (Doc. 2),

b. this Order, and

c. Mr. Orso's Registration of Foreign Judgment (Doc. 1).

**ENTERED** in Tampa, Florida on July 12, 2021.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge